[952 NE2d 1068, 929 NYS2d 74]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD D. DiGUGLIELMO, Appellant.

Argued May 31, 2011; decided June 23, 2011

APPEARANCES OF COUNSEL

*Mayer Brown LLP*, New York City (*Andrew H. Schapiro, Scott A. Chesin, Allison M. Stowell* and *Ames C. Grawert* of counsel), for appellant.

*Janet DiFiore, District Attorney*, White Plains (*Raffaelina Gianfrancesco, Richard Longworth Hecht* and *Maryanne Luciano* of counsel), for respondent.

**OPINION OF THE COURT**

MEMORANDUM.

The order of the Appellate Division should be affirmed.

Assuming that defendant made a specific request for the material alleged to be exculpatory, we find no reasonable possibility that any failure to disclose it contributed to the verdict (*see People v Vilardi*, 76 NY2d 67, 77 [1990]). Moreover, we reject defendant's claim that the evidence supporting his conviction of depraved indifference murder is legally insufficient because of our decision in *People v Feingold* (7 NY3d 288 [2006]). The standard enunciated in *Feingold* simply does not apply retroactively to cases on collateral review (*see Policano v Herbert*, 7

NY3d 588, 603-604 [2006]), and defendant's claim that such a result violates the Federal Due Process Clause is without merit (*Wainwright v Stone*, 414 US 21, 23-24 [1973]).

Chief Judge LIPPMAN and Judges CIPARICK, GRAFFEO, READ, SMITH, PIGOTT and JONES concur.

Order affirmed in a memorandum.